United States District Court
Southern District of Texas
**ENTERED**
January 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLEARCHOICE HOLDINGS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-3569 |
| CLEAR CHOICE DENTAL, PLLC, | § § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

In conformity with the Order entering default judgment (Docket Entry No. 21) and the Order Adopting the Magistrate Judge's Memorandum and Recommendation entered this date, it is **ADJUDGED** that Plaintiff is awarded $70,000 in damages, with pre-judgment interest accruing at the rate of 3.29 percent from December 15, 2010, to the date of this Judgment and post-judgment interest at the rate of .82 percent from the date of this Judgment.

It is further **ADJUDGED** that Defendant is **ENJOINED** from: (1) using the name Clear Choice Dental, PLLC; and (2) operating the domain name www.myclearchoicedental.com. Additionally, Defendant is **ORDERED** within 30 days from the entry of this Judgment to turn over to Plaintiff any materials that contain the name Clear Choice Dental, PLLC, and to de-register Clear Choice Dental, PLLC with the Texas Secretary of State and provide Plaintiff proof of de-registration.

Plaintiff is awarded its costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 30th day of January, 2017.

                                   _____
                                             SIM LAKE
                                   UNITED STATES DISTRICT JUDGE