IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLEARCHOICE HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-3569 |
| | § | |
| | § | |
| CLEAR CHOICE DENTAL PLLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The Court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 44), to which no objections have been filed. The court concludes that the Memorandum and Recommendation should be **ADOPTED**.

Accordingly, Plaintiff's Motion for Contempt is **DENIED** and the scope of the present injunction will be **MODIFIED** to read as follows:

It is further **ADJUDGED** that Defendant is **ENJOINED** from (1) practicing dentistry under the name Clear Choice Dental, PLLC; and (2) operating the domain name www.myclearchoicedental.com. Additionally, Defendant is **ORDERED** within 30 days from the entry of this Judgment to destroy any remaining marketing materials that contain the name Clear Choice Dental, PLLC, and to provide Plaintiff proof that it has updated its name from "Clear Choice Dental, PLLC" to "Dental Associates of Texas, PLLC" with the Texas Secretary of State.

The Clerk shall send copies of this Order to the respective

parties.

   **SIGNED** at Houston, Texas, this ___9th___ day of April, 2013.

                                        _____
                                              SIM LAKE
                                        UNITED STATES DISTRICT JUDGE